No. 15,465.

EVANS ET AL. *v.* FISHER.
(174 P. [2d] 952)

Decided December 2, 1946.

Judgment affirmed en banc without written opinion.

Mr. THOMAS K. HUDSON, Mr. J. FRED SCHNEIDER, Mr. CHARLES H. HAINES, for plaintiffs in error.

Messrs. WOLVINGTON & WORMWOOD, Mr. RICHARD DOWNING, for defendant in error.

No. 15,522.

BOTTONE *v.* CATTANY ET AL.
(174 P. [2d] 952)

Decided December 2, 1946.

Judgment affirmed en banc without written opinion, Mr. Justice Hilliard not participating.

Mr. JOHN P. BECK, for plaintiff in error.

Mr. I. L. QUIAT, Mr. F. E. DICKERSON, for defendants in error.